**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Joel Rodriguez,**
        **Petitioner**

   v.

**Luis Spencer,**
        **Respondent**

**CIVIL ACTION**

**NO. 08-11704-NMG**

**Order of Dismissal**
**December 20, 2010**

**Gorton, D. J.**

In accordance with the Courts allowance of Respondent's motion to dismiss (docket no. 20), it is hereby Ordered this case is Dismissed.

**Approved,**

/s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)        [odism.]